CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
AUG 0 1 2005
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| WALTER M. BRUCE, | CASE NO. 4:04CV00072 |
| Plaintiff, | |
| v. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | By: B. Waugh Crigler<br>U. S. Magistrate Judge |
| Defendant, | |

It having been brought to the attention of the undersigned that the Report and Recommendation heretofore filed contains a clerical error which the parties contend and the undersigned agrees should be corrected[1], it is

ORDERED

that the Report and Recommendation hereby is VACATED, to be substituted with and superseded by the Report and recommendation filed immediately hereafter.

The Clerk is directed to send a certified copy of this Report and Recommendation to all counsel of record.

ENTERED: /s/
U.S. Magistrate Judge

8/1/05
Date

---

[1] The clerical error is that the final paragraph of the undersigned's Recommendation inadvertently appended recommended instructions to the Commissioner which do not apply to this case. That portion of the paragraph is clerically corrected in the superseding Report and Recommendation filed immediately after this Order.