IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| WALTER M. BRUCE, ) | |
| ) | Case No. 4:04CV00072 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |
| Defendant. ) | |

Before me is the Report and Recommendation ("Report") of the United States Magistrate Judge recommending that $7,500.00 be paid as attorney's fees in this case. This recommendation was filed on September 10, 2007, from which the parties had ten (10) days to file objections. No objections were filed.

Therefore, it is this day **ADJUDGED** and **ORDERED** that the Report and Recommendation shall be, and hereby is, **ADOPTED** in its entirety. Accordingly, the Commissioner is ordered to withhold $7,500.00 from Plaintiff's benefits and pay it to Plaintiff's counsel.

Entered this 28th day of September, 2007.

s/Jackson L. Kiser
Senior United States District Judge